Nasu, O. J.
 

 The opinion of the Court in
 
 Coble
 
 v.
 
 Wellborn, 2
 
 Dev. Rep. 388, is decisive of the question raised in this case; A disturbance of the possession is a breach of a covenant for quiet enjoyment, if made by a person holding the superior title. Such a covenant does not guarantee the title— that a superior one is not in another, but that if it is, he will not disturb the covenantee’s possession. The case referred to, expressly states that an eviction may be with or without legal process; no matter how made, if made under a superior title, it is sufficient. In the present case, the brothers, Thomas and John Dunn, claimed title under their father, who was the owner of the whole tract, of which the portions conveyed to the brothers were component parts. Thomas’ conveyance was the elder ; that to John lapped over that of Thomas, covering about twenty acres. Each brother took possession of the portion conveyed to him, but neither was in the actual possession of the lappage. John conveyed to the plaintiff, with a covenant for quiet enjoyment. Subsequently, Thomas Dunn took actual possession of the part covered by both deeds. This was an eviction for which an ejectment might have been brought by the present plaintiff against Thomas Dunn. It was, therefore, a breach of the covenant of quiet enjoyment, it being an actual disturbance of the possession of the present plaintiff; and we have seen from the case of
 
 Goble
 
 that the eviction need not be under legal process. Why bring an action in which the plaintiff knows lie must be defeated? Why unnecessarily increase costs ? It is sufficient if, upon the trial of the action upon the covenant, he is able to show that the eviction was under a superior title. Hero Thomas Dunn had the superior title.
 

 Pee Cueiam. Judgment affirmed.